# Court of Appeals
# of the State of Georgia

ATLANTA,  August 14, 2024

*The Court of Appeals hereby passes the following order:*

**A25D0011. WILLIE F. JOHNSON v. STATE OF GEORGIA.**

On June 14, 2024, the trial court entered an order denying Willie F. Johnson's "Motion to Order Clerk to Transmit Sentence Custodian Affidavit." On July 18, 2024, Johnson filed this pro se application for discretionary appeal, seeking to appeal that order. We lack jurisdiction.

To be timely, an application for discretionary appeal must be filed within 30 days of entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). "The requirements of OCGA § 5-6-35 are jurisdictional and this [C]ourt cannot accept an appeal not made in compliance therewith." *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). As this application was filed 34 days after entry of the order Johnson seeks to appeal, it is untimely. See *Crosson v. Conway*, 291 Ga. 220, 220 (1) (728 SE2d 617) (2012). Accordingly, Johnson's application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/14/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*